# Anthony J. DeGirolamo
Attorney at Law

Courtyard Centre, Suite 625
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net


FILED
2010 APR -9 PM 12: 32
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

April 8, 2010

United States Bankruptcy Court
Attn: Clerk
201 Cleveland Avenue SW
Canton, Ohio 44702

    Re:    In re Dials, Case No. 09-61809

Dear Clerk:

Enclosed please find check no. 107 for dividends of less than $5.00 in the above mentioned case.

| Dividend | Creditor Name and Address |
|---|---|
| $3.35 | EZ to Use Big Book<br>Ogen Directories Inc.<br>P.O. Box 113<br>Altoona, Pennsylvania 16603 |
| $2.75 | Ohio Edison<br>Bankruptcy Department<br>6896 Miller Road, Suite 204<br>Brecksville, Ohio 44141 |

Very truly yours,

/Anthony J. DeGirolamo/
    aw

Anthony J. DeGirolamo

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio
Canton Division

R1 0W045562 - SESHE
April 09, 2010 12:34:02

Code  Case #  Qty  Amount
UF - UNCLAIMED FUNDS
09-61809  10  $6.10CK
Debtor - DIALS

TOTAL ----  $6.10
TEND ----  6.10
CHANGE ----  0.00

FROM: ANTHONY J DEGIROLAMO
COURTYARD CENTRE STE 625
116 CLEVE AVE NW 330-588-9700
CANTON OH 44702