# Anthony J. DeGirolamo
Attorney at Law

Courtyard Centre, Suite 625
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net



receipt #60628

FILED

2010 MAY 17 PM 1:08

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

May 14, 2010

United States Bankruptcy Court
Attn: Clerk
201 Cleveland Avenue SW
Canton, Ohio 44702

Re: In re Dials, Case No. 09-61809

Dear Clerk:

Enclosed please find check no. 118 for dividends of less than $5.00 in the above mentioned case.

| **Dividend** | **Creditor Name and Address** |
|---|---|
| $4.12 | EZ to Use Big Book<br>Ogen Directories Inc.<br>P.O. Box 113<br>Altoona, Pennsylvania 16603 |
| $3.40 | Ohio Edison<br>Bankruptcy Department<br>6896 Miller Road, Suite 204<br>Brecksville, Ohio 44141 |

Very truly yours,

Anthony J. DeGirolamo
Anthony J. DeGirolamo

ENC

amw